IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| WILLIAM RICHNER | ) | |
| and PAULINE RICHNER, | ) | |
| | ) | |
| Plaintiffs, | ) | TC-MD 040995D |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

This court issued an Order on August 8, 2012, ordering that Plaintiffs shall submit three mutually convenient trial dates or their request to withdraw no later than 21 days from the date of the Order. The Order also stated that if Plaintiffs failed to submit three mutually convenient trial dates, the above-entitled matter would be dismissed.

Plaintiffs' deadline has passed and the court has not received three mutually convenient trial dates, a request to withdraw or any further communication from Plaintiffs. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this _____ day of September 2012.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

**If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.**

**Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.**

**This document was signed by Presiding Magistrate Jill A. Tanner on Sept. 11, 2012. The Court filed and entered this document on Sept. 11, 2012.**

DECISION OF DISMISSAL  TC-MD 040995D                                                                        1